UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 4:07CR184-ERW (AGF) |
| | ) | |
| ERIC EARNEST, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION OF DEFENDANT ERIC EARNEST TO TRAVEL

COMES NOW Eric Earnest, one of defendants above-named, and as grounds herefore show to the Court as follows:

1. Defendant is presently out on a bond secured by $5,000.00 cash and real estate.

2. For some time, Defendant Earnest's family has planned its yearly family reunion during June 7, 8 and 9, 2007 in Senatobia, Mississippi. Defendant, his wife and children would, if permitted, leave on June 7 and drive to the home of his uncle, John Mitchell, who lives at 75 Katie Road, Telephone Number (662) 560-6021. Defendant would return to his home in St. Louis on June 9.

3. It is the undersigned counsel's understanding that Pretrial Services Officer Tiffany Corley has no objection to Defendant making the trip.

WHEREFORE, Defendant prays that he be allowed to travel to Senatobia, Mississippi and stay at the home of John Mitchell as above-described.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Moline, Shostak & Mehan, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Patrick S. Kilgore**
patrickkilgorelaw@sbcglobal.net

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**John D. Stobbs, II**
stobbsjohn@hotmail.com

I hereby certify that on this 30th day of May, 2007, a true and correct copy of the foregoing was also sent via regular U.S. Mail, postage pre-paid to the following:

**Tiffany Corley**
U.S. Pretrial Services
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Suite 6.345
St. Louis, MO 63102

/s/Burton H. Shostak