**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CR00184 ERW |
| ) | |
| ANTHONY STILES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER RELATING TO TRIAL**

This matter comes before the Court on Government's Motion for Findings of Fact to Continue the Trial Date Beyond Limits Set by the Speedy Trial Act [doc. #139].

Eighteen defendants are charged in a nine-count indictment involving a large-scale drug-trafficking conspiracy, money laundering conspiracy, substantive drug trafficking offenses and a forfeiture count.

Counsel for the Government advises the Court that the discovery in this case is voluminous including Title III wiretaps over multiple phones. It is anticipated that extensive pretrial motions will be filed requiring numerous evidentiary hearings and a report and recommendation by the United States Magistrate Judge. Additional time will be necessary for all parties to adequately and properly investigate the case and prepare for trial in this matter.

Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (ii), this Court, upon careful consideration and on review of the record, finds that this case is complex and the ends of justice would be

served by continuing the Trial Setting to **October 29, 2007**. A continuance of these proceedings outweighs the best interest of the public and the defendants in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the government and defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion for Findings of Fact to Continue the Trial Date Beyond Limits Set by the Speedy Trial Act [doc. #139] is **GRANTED**. All Defendants shall file a Signed Waiver of their rights under the Speedy Trial Act, 18 U.S.C. § 3161, **within fourteen (14)days of their initial appearance** before a Magistrate Judge in this matter.

**IT IS FURTHER ORDERED** that the previous trial setting of August 13, 2007, is **VACATED**, and this matter is **RESET** to **October 29, 2007**, at **8:30 a.m.**

So Ordered this 7th Day of June, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE