UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:07CR00184 ERW (AGF) |
| | ) | |
| ANTHONY STILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

COMES NOW the United States of America by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and James C. Delworth and Dean R. Hoag, Assistant United States Attorneys for said District, and makes the following disclosure pursuant to Federal Rule of Criminal Procedure 12(b)(4).

At trial, the Government intends to use the evidence seized and statements made by the defendants during the events described below. This evidence and these statements are more fully set forth in the investigative reports which will be made available to defendants.

| **DATE** | **EVENT/ITEM** | **DEFENDANTS** |
|---|---|---|
| **RECORDED CALLS/SEARCH WARRANTS/MISCELLANEOUS** | | |
| 03/06/06 | Vehicle Stop in Franklin County, Missouri and seizure of 12,877.93 grams of marijuana (gross weight), seizure of $12,920.00 in U.S. currency, consent-to-search form and verbal statement | Felicia Waller |
| 06/13/06 | Vehicle stop and seizure of 10 kilograms of cocaine powder. (Note: ISP analyzed 6 of the 10 bundles and weighed 6,010 grams of cocaine. After DEA sent the dope to their lab for safe keeping it weighed 12,623.5 grams (gross weight) | Spencer Mitchell Eric Earnest Sammy Jefferson |
| 06/13/06 | Vehicle stop - verbal statement | Spencer Mitchell |
| 07/28/06 | Search of 509 Cherry Street:<br>- one consent-to-search form;<br>- Notebook paper with drug ledger entries;<br>- .40 caliber Smith and Wesson semi-automatic pistol;<br>- $662,265.00 in U.S. currency;<br>- 9,361 grams of marijuana (net weight);<br>- Verbal statement | Mario Salazar |
| 07/28/06 | 5 recorded phone conversations | Mario Salazar |
| 07/31/06 | 1 Video and 1 audio cassette recording of a $86,000 payment in a hotel room | Mario Salazar Eric Earnest |
| 08/01/06 | Vehicle stop - $76,801.00 U.S. currency seized; 2 vacuum sealed plastic bags containing currency; and documents | Kevin Jones Mario Salazar |
| 08/07/06 | 3 recorded phone conversations | Mario Salazar |
| 08/07/06 | 1 recorded phone conversation | Mario Salazar Eric Earnest |

| **DATE** | **EVENT/ITEM** | **DEFENDANTS** |
|---|---|---|
| 08/09/06 | 2 recorded phone conversation | Mario Salazar |
| 08/09/06 | Currency delivery - seized (1) Video (check on Audio) of money transaction | Eric Earnest<br>Mario Salazar |
| 08/12/06 | 3 recorded phone conversations | Mario Salazar |
| 08/12/06 | 1 recorded phone conversation | Mario Salazar<br>Anthony Stiles |
| 08/12/06 | Cocaine delivery in Illinois - Seized 9,980 grams powder cocaine (net weight) | Mario Salazar |
| 08/13/06 | 7 recorded phone conversations | Mario Salazar<br>Anthony Stiles |
| 08/13/06 | 2 recorded phone conversations | Mario Salazar |
| 08/13/06 | 4 recorded phone conversations | Mario Salazar<br>Issachard Lopez |
| 08/14/06 | 2 recorded phone conversations | Mario Salazar |
| 08/14/06 | Search at 2304 Patton Ave., Brentwood, Missouri - Seized $70,190.00 in U.S. currency and a 2004 Ford Expedition; 14,920 grams of powder cocaine (net weight); 2002 Chevy Avalanche | Mario Salazar |
| 08/29/06 | Photographs - Photo identifications by a CS | Mario Salazar<br>Anthony Stiles<br>James White<br>Kevin Jones<br>Eric Earnest<br>Nakita Smith |
| 09/01/06 | Stop at Marriott Hotel - Seizure of 9mm pistol and 1 cell phone | Sammy Jefferson |
| 09/05/06 | Search Warrant at 3608 Av De Paris - seized was (2) cellular phones, miscellaneous documents, (1) diamond ring, (1) diamond necklace, (1) 2005 Dodge Magnum, (1) 2005 Qx56 Infinity and (1) set of 26" tire/rims | Eric Earnest |

| **DATE** | **EVENT/ITEM** | **DEFENDANTS** |
|---|---|---|
| 09/11/06 | Search warrant at 4335 Margaret Ridge Drive - Seizure of $1,000 U.S. currency and miscellaneous documents | Sammy Jefferson |
| 09/14/06 | Arrest of Pierre Starks (unrelated indictment) - seized was (1) cell phone | Pierre Starks |
| 09/22/06 | Vehicle stop - seized $136,520 U.S. currency | Felisha Waller |
| **TITLE III's** | | |
| 05/09/06 | Title III authorization for interception of wire communications to and from telephone (314) 565-8266 (Earnest) | All Defendants |
| 06/07/06 | Title III authorization for interception of wire communications to and from telephones (314) 565-8266 (Earnest) and (314) 920-2352 (Jefferson) | All Defendants |
| 07/10/06 | Title III authorization for interception of wire communications to and from telephones (314) 565-8266 (Earnest), (314) 920-2352 (Jefferson) and (310) 357-8222 (Jefferson) | All Defendants |
| 08/08/06 | Title III authorization for interception of wire communications to and from telephones (314) 565-8266 (Earnest), (314) 920-2352 (Jefferson) and (314) 398-7692 (Earnest) | All Defendants |

| **DATE** | **EVENT/ITEM** | **DEFENDANTS** |
|---|---|---|
| 8/17/06 | Title III authorization for interception of wire communications to and from telephones (314) 985-4632 (Bates), (314) 571-8833 (Bates) and (314) 398-7806 (Bates) | All Defendants |
| 9/18/06 | Title III authorization for interception of wire communications to and from telephones (314) 985-4632 (Bates) and (314) 398-7806 (Bates) | All Defendants |
| 10/4/06 | Title III authorization for interception of wire communications to and from telephone (314) 662-4788 (Bates) | All Defendants |
| **PEN REGISTERS/CELL SITES** | | |
| 12/30/05 02/27/06 04/27/06 06/23/06 08/21/06 | Pen register orders, including extensions, re: 314-565-8266 | All Defendants |
| 05/15/06 07/13/06 | Pen register orders, including extension, re: 314-920-2352 | All Defendants |
| 06/26/06 | Pen register and Cell site orders re: 310-357-8222 | All Defendants |
| 07/20/06 | Pen register and Cell site orders re: 314-398-7692 | All Defendants |
| 08/17/06 | Pen register and Cell site orders re: (314) 985-4632 | All Defendants |
| 08/17/06 | Pen register and Cell site orders re: (314) 571-8833 | All Defendants |
| 08/28/06 | Pen register and Cell site orders re: (314) 398-7806 | All Defendants |
| 09/27/06 | Pen register order re: (314) 662-4788 | All Defendants |

As additional evidence is found, and as supplemental information comes to the Government's attention, the Government may choose to use evidence in addition to that listed above.  If the Government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice will be filed.

    Respectfully submitted,

    CATHERINE L. HANAWAY
    United States Attorney


    _s/ James C. Delworth_
    JAMES C. DELWORTH, #2961
    DEAN R. HOAG, #6426
    Assistant United States Attorneys
    111 South 10th Street, 20th Floor
    St. Louis, MO 63102
    (314) 539-2200

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Attorneys of Record for Defendants.

                                s/ James C. Delworth
                                JAMES C. DELWORTH, #2961
                                Assistant United States Attorney