UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 4:07CR184-ERW (AGF) |
| | ) | |
| ERIC EARNEST, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF DEFENDANT ERIC EARNEST TO TRAVEL**

COMES NOW Eric Earnest, the defendant above-named, and as grounds herefore show to the Court as follows:

1.      Defendant is presently out on a bond secured by $5,000.00 cash and real estate.

2.      Defendant Earnest is engaged in the business of promoting shows, d/b/a Triple E Promotions.  In connection with that business defendant will be promoting a show in Cleveland, Ohio, June 8-13, 2007.  Defendant, if permitted, would leave on June 8, 2007 and fly, via Southwest Airlines Flight #2760 to Cleveland, Ohio  He will stay at the Ritz Carlton, Cleveland, 1515 West Third Street, Cleveland, OH, phone: 216-623-1300. Defendant would return to his home in St. Louis on June 13 via Southwest Airlines Flight #726.

3.      It is the undersigned counsel's understanding that Pretrial Services Officer Tiffany Corley has no objection to Defendant making the trip.

1

WHEREFORE, Defendant prays that he be allowed to travel from June 8-13, 2007 to Cleveland, Ohio, to stay at the hotel as above-described.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Moline, Shostak & Mehan, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Patrick S. Kilgore**
patrickkilgorelaw@sbcglobal.net

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**John D. Stobbs, II**
stobbsjohn@hotmail.com


I hereby certify that on this 8th day of June, 2007, a true and correct copy of the foregoing was also sent via regular U.S. Mail, postage pre-paid to the following:

**Tiffany Corley**
U.S. Pretrial Services
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Suite 6.345
St. Louis, MO 63102


/s/Burton H. Shostak_____

3