

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

*Organized Crime Drug Enforcement*
*Task Force - West Central Region*

---

| | | |
|---|---|---|
| *JAMES C. DELWORTH*<br>*Assistant United States Attorney* | *Thomas F. Eagleton U.S. Courthouse*<br>*111 South 10th Street, Room 20.333*<br>*St. Louis, Missouri 63102* | *Direct Line (314) 539-6242*<br>*Office (314) 539-2200*<br>*Fax (314) 539-2312* |

June 27, 2007

### VIA ELECTRONIC FILING

Carter C. Law
Attorney at Law
(Attorney for defendant Stiles)

J. Christian Goeke
Attorney at Law
(Attorney for defendant Bates)

Burton H. Shostak
Attorney at Law
(Attorney for defendant Earnest)

Eugene O. Howard
Attorney at Law
(Attorney for defendant Clark)

Theodore E. Liszewski
Attorney at Law
(Attorney for defendant N. Smith)

John D. Stobbs, II
Attorney at Law
(Attorney for defendant Griggs)

Shawn A. Goulet
Attorney at Law
(Attorney for defendant Salazar)

Craig J. Concannon
Attorney at Law
(Attorney for defendant D. Mitchell)

Patrick S. Kilgore
Attorney at Law
(Attorney for defendant S. Mitchell)

Stephen R. Welby
Attorney at Law
(Attorney for defendant Waller)

Lucille G. Liggett
Asst. Federal Public Defender
(Attorney for defendant Davenport)

Bryan S. Johnson
Attorney at Law
(Attorney for defendant Jefferson)

Steven C. Edelman
Attorney at Law
(Attorney for defendant Starks)

    Re:    United States v. Anthony Stiles, et. al.
            No. S1-4:07CR00184 ERW (AGF)

June 27, 2007
Page 2

Dear Counsel:

      Rule 16 discovery in this case is available in the discovery room in the Drug Task Force on the 19th floor of the United States Courthouse. Additionally, counsel for the government is willing to meet with counsel, and their client if requested, to provide an overview of the case and address any specific discovery issues. The discovery in this room or available upon request consists of the following:

      A)    Title III calls and logs: Three sets of CDs containing all of the intercepted calls and logs are contained on the Sammy Jefferson and Eric Earnest telephones. These CDs may be examined in the discovery room or you may check them out and make copies of any or all of the CDs. A spin-off investigation resulted court authorized intercepts of telephones utilized by Majuan Bates. A copy of these CDs is being provided to counsel for Majuan Bates.

      B)    Title III documents: Copies of the affidavits are available in the discovery room for inspection. All of the Title III documents are being scanned onto CDs and will be available for inspection shortly. These CDs may be examined in the discovery room or you may check them out and make copies of any or all of the CDs. If there is a need to immediately view any Title III documents, they will be made available upon request.

      C)    Investigative reports: Two copies of all investigative reports have been made and are contained in two separate binders. These binders may be examined in the discovery room or you may check a binder out and make copies of any or all of the documents.

      D)    Criminal History: The criminal history if any is contained in the pre-trial services reports available through the Pre-trial Services Office.

      E)    Physical Evidence: All physical evidence is available for inspection upon request. The physical evidence seized in this case is detailed in the DEA7s contained in the binders referenced in sub-paragraph C.

    The following discovery will be furnished at a later date prior to trial.

      A)    Rule 801 expert summaries: It is anticipated that the only experts that will be utilized will be chemists regarding the analysis of any seized drugs, firearm's examiners regarding the analysis of any seized firearms and an expert regarding the methods of operation of drug traffickers.

      B)    Jenck's Act: All Jenck's Act material will be disclosed no later than the Friday prior to trial.

      C)    Impeaching information: All impeaching information will be furnished at a reasonable time prior to trial. The Government anticipates that the impeaching information will consist of the prior record of cooperators and well as the plea agreements of cooperators.

June 27, 2007
Page 3

        D)    Favorable Evidence:  The Government is presently not aware of any favorable evidence but recognizes its continuing duty to disclose any favorable evidence that comes to its attention.

    Please call us if you have any questions regarding discovery.

               Very truly yours,

               CATHERINE L. HANAWAY
               United States Attorney


               s/ James C. Delworth
               JAMES C. DELWORTH, #2961
               Assistant United States Attorney

JCD/nlk