UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 4:07CR184-ERW () |
| ERIC EARNEST, et al. | ) ) ) |
| Defendant. | ) |

**MOTION OF DEFENDANT ERIC EARNEST TO TRAVEL**

COMES NOW Eric Earnest, one of defendants above-named, and as grounds herefore show to the Court as follows:

1.     Defendant is presently out on a bond secured by $5,000.00 cash and real estate.

2.     For some time, Defendant Earnest's family has planned to attend their cousin's wedding in Atlanta, Georgia during July 13-16.  Defendant, his wife and children would, if permitted, leave St. Louis on Air Tran Flight # 784 to Atlanta on Friday, July 13 at 2:34 p.m. and arrive in Atlanta, Georgia at 5:14 p.m.  During their stay in Atlanta, Defendant Earnest and his family would stay at the Intercontinental Hotel located at 3315 Peachtree Road, Atlanta, Georgia 30326 (Hotel Telephone No.:  (404) 946-9000).  Defendant Earnest and his family would then fly back to St. Louis on Monday, July 16 via Air Tran Flight #781 which leaves Atlanta at 4:24 p.m. and arrives in St. Louis at 5:04 p.m.

WHEREFORE, Defendant prays that he be allowed to travel to Atlanta, Georgia and stay as above-described.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of July, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Patrick S. Kilgore**
patrickkilgorelaw@sbcglobal.net

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**John D. Stobbs, II**
stobbsjohn@hotmail.com

    I hereby certify that on this 10th day of July, 2007, a true and correct copy of the foregoing was also sent via regular U.S. Mail, postage pre-paid to the following:

**Tiffany Corley**
U.S. Pretrial Services
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Suite 6.345
St. Louis, MO 63102

                                                /s/Burton H. Shostak

Case: 4:07-cr-00184-ERW   Doc. #:  209   Filed: 07/10/07   Page: 3 of 3 PageID #: 550