UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | No.: 4:07CR184-ERW (FRB) |
| ) | |
| ERIC EARNEST, et al.    ) | |
| ) | |
| Defendant.    ) | |

## MOTION TO SUPPRESS

COMES NOW Eric Earnest, Defendant above-named, aggrieved by an unlawful search and seizure by members of law enforcement, and moves to suppress any evidence and items seized by the law enforcement personnel, and any statements made to them on or about September 5, 2006, at 3608 Av De Paris, during which search there was seized two cellular telephones, miscellaneous documents, one diamond ring, one diamond necklace, a 2005 Dodge Magnum, one 2005 QX56 Infinity and one set of 26-inch tire/rims. The grounds for this motion are as follows:

1.  Defendant did not violate any law, either misdemeanor or felony, nor did he violate any municipal ordinance, in the presence of the officer, which would warrant the search.

2.  The arrest of Defendant was not based on reasonable and probable cause to believe that he had committed a felony or misdemeanor.

3.  The arresting officer had no knowledge that a felony or misdemeanor had been or was about to be committed.

4.  Defendant was not arrested for any specific crime or ordinance violation.

5. The search and seizure was not reasonably incident in time and place to any lawful arrest of the defendant.

6. The search was not reasonably necessary for the safety of the law enforcement official in that Defendant was already in custody at the time the search was made and said search took place beyond the immediate vicinity of said arrest and outside defendant's immediate vicinity of control.

7. Defendant did not consent to said search and seizure, and any consent which may be alleged was involuntary, a result of coercion inherent in defendant's arrest and the presence and authority of the law enforcement officers, was given without Defendant first being informed of his rights to remain silent, his right to the presence of an attorney, his right to have an attorney appointed for him if he could not afford one, and his right to object to a warrantless search, and did not constitute a knowing, intelligent waiver of a known right.

8. Defendant was not informed of his right to remain silent, that anything he said could and would be used against him in a court of law, his right to the presence of an attorney prior to and during any interrogation and his right to have an attorney appointed for him if he could not afford one; Defendant did not make a knowing, intelligent waiver of any of said rights, and any statements made by him were violative of his right to remain silent.

9. Said search and seizure were the product, result and poisonous fruit of the unlawful confrontation set forth in previous paragraphs of this motion; the grounds for suppressing testimony concerning said confrontation set forth in previous paragraphs are hereby incorporated by reference in this paragraph.

10. Said search and seizure were the product, result and poisonous fruit of the illegally obtained statements as set forth in ¶ 8 above, and the grounds for suppressing testimony

concerning said statements set forth in ¶ 9 above are hereby incorporated by reference in this paragraph.

11.     The grounds herein enumerated make said search and seizure unreasonable, and violative of the Fourth and Fifth Amendments of the United States Constitution.

12.     Supporting authority will be provided after an evidentiary hearing at which time the circumstances of this case may be established.

WHEREFORE, Defendant prays that the use of evidence of the aforementioned items and any statements made my him be suppressed as obtained in violation of the Fourth, Fifth, and Sixth Amendments of the United States Constitution, and for an evidentiary hearing to be had on this matter, and for such other relief as the Court may deem appropriate under the circumstances.

Respectfully submitted,

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant Eric Earnest

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 7th day of August, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Patrick S. Kilgore**
patrickkilgorelaw@sbcglobal.net

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**John D. Stobbs, II**
stobbsjohn@hotmail.com

                                                             /s/Burton H. Shostak_____