UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 4:07CR184-ERW (AGF) |
| | ) |
| ERIC EARNEST, et al. | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S REQUEST FOR LEAVE TO
WITHDRAW PREVIOUSLY FILED MOTIONS**

COMES NOW Defendant Eric Earnest, by and through his appointed counsel, and states as follows:

1. Defendant requests leave to withdraw his previously filed motions.

2. Further, Defendant and counsel have received discovery and have reviewed the same.

3. Upon reconsideration, there are no issues Defendant wishes to raise by way of pretrial motions.

4. The undersigned has discussed this matter with Defendant and Defendant agrees and concurs in the decision to withdraw his previously filed motions and his decision not to raise any issues by way of pretrial motions.

WHEREFORE, Defendant prays this Court grant him leave to withdraw his previously filed motions.

/s/Burton H. Shostak
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Patrick S. Kilgore**
patrickkilgorelaw@sbcglobal.net

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**John D. Stobbs, II**
stobbsjohn@hotmail.com

/s/Burton H. Shostak