UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR184-ERW (FRB) |
| ) | |
| ERIC EARNEST, et al. ) | |
| ) | |
| Defendant. ) | |

## MOTION OF DEFENDANT ERIC EARNEST TO TRAVEL

COMES NOW Eric Earnest, one of defendants above-named, and as grounds herefore show to the Court as follows:

1. Defendant is presently out on a bond secured by $5,000.00 cash and real estate.

2. Defendant Earnest is engaged in the business of promoting shows d/b/a Triple E. Promotions. In connection with that business Defendant will be promoting shows in Houston, Texas on August 24, 29 and 31, 2007 at Della Aida Garden, 9371 Richmond St., Houston, Texas 77063. Defendant, if permitted, would leave on August 23, 2007 at 4:50 p.m. and fly, via Southwest Airlines Flight #1880 to Houston, Texas. He will stay at the Westin Galleria in Houston, Texas, Telephone (832) 887-5613. Defendant would return to his home in St. Louis on September 1, 2007 via Southwest Airlines Flight #742.

3. Attached hereto are copies of the contracts outlining Defendant's business obligations in Houston, Texas which are the basis for this request.

WHEREFORE, Defendant prays that he be allowed to travel from August 23 to September 1, 2007 to Houston, Texas and to stay at the hotel as above-described.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Paul G. Belew**
pbelew@hotmail.com

**Eric W. Butts**
ewbtts@sbcglobal.net

**Craig J. Concannon**
cjc@concannonlaw.com

**James C. Delworth**
james.delworth@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Bryan S. Johnson**
brysjohn@yahoo.com brysjohn@excite.com

**Ellen M. Kelly**
ellenmkelly@charter.net

**Patrick S. Kilgore**
patrick@fergusonkilgorelaw.com

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**Theodore E. Liszewski**
liszewski1@hotmail.com

**John D. Stobbs, II**
stobbsjohn@hotmail.com

**Stephen R. Welby**
stephenwelby@sbcglobal.net kristyridings@sbcglobal.net

I hereby certify that on this 21st day of August, 2007, a true and correct copy of the foregoing was also sent via regular U.S. Mail, postage pre-paid to the following:

**Tiffany Corley**
U.S. Pretrial Services
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Suite 6.345
St. Louis, MO 63102

/s/Burton H. Shostak_____

3