# DELLA AIDA GARDEN Rental Form
## 9371 Richmond
## Houston, TX 77063

*Booked*
*8-24-07*

DELLA AIDA GARDEN IS A UP SCALE NIGHT CLUB. WE host to a wide variety of entertainment including bands, DJs, karaoke, pool contests, and student band nights. Della has a game room equipped with 10 televisions, 2 pool tables, a foosball table, and free popcorn. Della menu includes pizza, quesadillas, nachos, French fries and smoothies.

## Guidelines for Renting Della

- The maximum capacity of DELLA is 1100 people.
- Della may only be rented by recognized group
- Only authorized personnel are permitted to operate Della sound and lighting equipment.
- The Della Staff is in charge of the facility and all equipment at all time
- Groups that rent Della will be required to:
    - Pay for all Della Staff required for the event
    - Pay a $250 clean up fee.
    - Pay for any damage or excessive clean up charges.
    - Advertise own events.
    - Have an on-site contact present during the entire event (from set up through clean up).

- Cancellation Policy no refunds

## Organization Information
Name of Organization/Department renting DELLA: **Triple E**   Account Number: **NEW**
Contact for Organization/Department: **Eric Egencsy**
Phone Number: **314-568-1831**   Box #: —   E-Mail: _____

## On-Site Contact Information
Name (if different from above): **SAME**
Phone Number: _____   Box #: _____   E-Mail: _____

## Event Information
Requested Date of DELLA Rental: **8-24-07**   Purpose of DELLA Rental? **Fri 8/24 "Plies Concert"**
Who will be invited to the event? **Public**   Expected # to attend? **1000**
Set Up Time of Event: **7:00 Sound Check**
Event Start Time: **9:00 Open Doors**
Event End Time: **2:00 Am**

Will there be any form of entertainment? __No  ✓Yes   If yes, what type of entertainment? **R & B**
If you are bringing in any performer, that performer must sign a contract with YOUR organization.
"Nothing herein shall ever be construed as to constitute the parties hereto as a partnership or joint venture. The purchaser (the renting organization) hereby assumes liability for the performer."

**EXHIBIT 1**

Shaded Areas for Office Use Only

### Technical Needs

Please describe the tech needs for the entertainment/ planned event.

___ Microphones (How many? ___)
___ Karaoke Machine
___ CD Player
___ Lighting
___ Other

### Set Up Needs

The standard set up in DELLA includes:
* 20 tall round tables AND 6 short square tables
* 50 Bar Stools, 50 Tall chairs, 36 low upholstered chairs
* MANY 8' tables are also available

Other set up needs? (Extra Tables? Extra Chairs?)

I have read and understand all of the DELLA rental guidelines

_Triple E_
Organization/Department Contact

_Eric East_

8-17-07
Date



### DELLA Contracted Rental Fees

### Required Approval

DELLA Staff Approval:

8-17-07

Signature                Date



# DELLA AIDA GARDEN Rental Form

DELLA AIDA GARDEN IS A UP SCALE NIGHT CLUB. WE host to a wide variety of entertainment including bands, DJs, karaoke, pool contests, and student band nights. Della has a game room equipped with 10 televisions, 2 pool tables, a foosball table, and free popcorn.  Della menu includes pizza, quesadillas, nachos, French fries and smoothies.

## Guidelines for Renting Della

- The maximum capacity of DELLA is 1100 people.
- Della may only be rented by recognized group
- Only authorized personnel are permitted to operate Della sound and lighting equipment.
- The Della Staff is in charge of the facility and all equipment at all time
- Groups that rent Della will be required to:
    - Pay for all Della Staff required for the event
    - Pay a $250 clean up fee.
    - Pay for any damage or excessive clean up charges.
    - Advertise own events.
    - Have an on-site contact present during the entire event (from set up through clean up).
- Cancellation Policy no refunds

## Organization Information

Name of Organization/Department renting DELLA: _Triple E_    Account Number: _New Rental_
Contact for Organization/Department: _Ø_
Phone Number: _314-563-1931_   Box # _Ø_   E-Mail: _____

## On-Site Contact Information

Name (if different from above): _SAME_
Phone Number: _____   Box # _NONE_   E-Mail: _____

## Event Information

Requested Date of DELLA Rental: _8-29-07 & 8-31-07_   Purpose of DELLA Rental? _Wed "Black + White Party" / Fri "Album Release Party"_
Who will be invited to the event? _public_    Expected # to attend? _____
Set Up Time of Event: _8:00 pm_
Event Start Time: _9:00 pm_
Event End Time: _2:00 AM_

Will there be any form of entertainment? ✓ No   __ Yes   If yes, what type of entertainment? _____
If you are bringing in any performer, that performer must sign a contract with YOUR organization.
"Nothing herein shall ever be construed as to constitute the parties hereto as a partnership or joint venture.  The purchaser (the renting organization) hereby assumes liability for the performer."

Shaded Areas for Office Use Only

### Technical Needs
Please describe the tech needs for the entertainment/ planned event.

____ Microphones (How many? ____)
____ Karaoke Machine
____ CD Player
____ Lighting
____ Other

*(crossed out)*

### Set Up Needs
The standard set up in DELLA includes:
*20 tall round tables AND 6 short square tables
*50 Bar Stools, 50 Tall chairs, 36 low upholstered chairs
*MANY 8' tables are also available

Other set up needs? (Extra Tables? Extra Chairs?)

*I have read and understand all of the DELLA rental guidelines*

_Cyc Earnest_
Organization/Department Contact

_____
Date

### DELLA Contracted Rental Fees

| | |
|---|---|
| 400 | DELLA Staff (for 8 staff members) |
| 250 | Standard Clean-Up Fee |
| 3000 | RENTAL: 2 Day Rental |
| 3650 | Total |

PAID

### Required Approval

DELLA Staff Approval: _[signature]_    8-17-07
Signature                                Date

Shaded Areas for Office Use Only

### Technical Needs
Please describe the tech needs for the entertainment/ planned event.

- ✓ Microphones (How many? ____)
- ___ Karaoke Machine
- ✓ CD Player
- ___ Lighting
- ✓ Other   Stacks / Sound

### DELLA Contracted Rental Fees
(illegible/shaded)

### Set Up Needs
The standard set up in DELLA includes:
* 20 tall round tables AND 6 short square tables
* 50 Bar Stools, 50 Tall chairs, 36 low upholstered chairs
* MANY 8' tables are also available

Other set up needs? (Extra Tables? Extra Chairs?)

I have read and understand all of the DELLA rental guidelines

Triple E
Organization/Department Contact

Eric Gust

8-17-07
Date

### Required Approval
DELLA Staff Approval:

_____  8-17-07
Signature            Date