Rev. 7/10/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **8/21/07** Judge **Fleissig** Case No. **4:07-cr-184 ERW/AGF**

UNITED STATES OF AMERICA v. **Earnest, Mitchell, Collins, Clark, Griggs, and Jefferson**

Court Reporter **T. Hopwood** Deputy Clerk **TRC**

Assistant United States Attorney(s) **Dean Hoag and James Delworth**

Attorney(s) for Defendant(s) **Grant Shostak (Earnest), Patrick Kilgore (Mitchell), Eric Butts (Collins), Eugene Howard (Clark), John Stobbs (Griggs), Bryan Johnson (Jefferson)**

Interpreter _____  ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance           ☐ Detention Hearing              ☐ Revocation
☐ Arraignment                  ☐ Bond Review                    ☐ Probation
☐ Preliminary Examination      ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☒ Motion Hearing               ☐ Material Witness               ☐ Competency
☒ Evidentiary Hearing          ☐ Change of Plea/Sentencing      ☐ Pretrial/Status Conference
☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)

Parties present for hearing on **motions to suppress wiretap/electronic evidence. △'s Earnest & Clark granted waiver of all pretrial motions, △'s Mitchell & Collins granted withdrawal of motions to suppress wiretap/electronic evidence only. Oral argument/testimony proceeded as to △'s Griggs & Jefferson. Motions as to △'s Griggs & Jefferson taken under Submission.**

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond  ☐ Secured by 10%
   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____  Order on pretrial motions: ☐ issued  ☐ to issue

☐ Oral Motion for Suppression  **- all pretrial mtns**   ☐ Oral Motion for Extension of Time to File Pretrial Motions
☒ Defendant waives **△s - Earnest & Clark - all pretrial mtns / △s - Mitchell & Collins - Mtn to Suppress wiretap only**   ☒ order to issue **△'s Earnest & Clark**   ☒ oral ruling **△s Mitchell & Collins**

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time **10/29/07 @ 8:30 am**   Before **ERW**

☒ Remanded to custody **△s Mitchell, Griggs & Jefferson**   ☒ Released on bond **△s Earnest, Clark & Collins**

Next hearing date/time **8/24/07 @ 9am**   Type of hearing **Pretrial/Evidentiary**   Before **AGF as to △s Mitchell & Jefferson only**

Proceeding commenced **9:14 am**   Proceeding concluded **11:06 am**   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.