UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S1-4:07CR00184 ERW (AGF) |
| ) | |
| ERIC EARNEST, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING WAIVER

This matter came before the Court for an evidentiary hearing on pretrial motions on **Tuesday, August 21, 2007, at 9:00 a.m.** The Defendant appeared with counsel, and after being advised of the right to file motions and to have an evidentiary hearing, Defendant knowingly and voluntarily waived his right to file or proceed on pretrial motions and to an evidentiary hearing. The Defendant withdrew all previously filed pretrial motions. There being no outstanding motions in this matter, there will be no further evidentiary hearing pertaining to this Defendant.

AUDREY G. FLEISSIG
United States Magistrate Judge

Dated August 21, 2007.