```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )
                                 )
       v.                        )    No. S1-4:07CR184 ERW
                                 )                    (AGF)
ERIC EARNEST,                    )
                                 )
               Defendant.        )
```

**ORDER**

On the recommendation of the United States Pretrial Services Office,

**IT IS HEREBY ORDERED** that the Motion Of Defendant Eric Earnest To Travel (filed August 21, 2007/Docket No. 292) is denied.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of August, 2007.