UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 4:07CR184-ERW (FRB) |
| | ) |
| ERIC EARNEST, et al. | ) |
| | ) |
| Defendant. | ) |

**MOTION OF DEFENDANT ERIC EARNEST TO TRAVEL**

COMES NOW Eric Earnest, one of defendants above-named, and as grounds herefore show to the Court as follows:

1. Defendant is presently out on a bond secured by $5,000.00 cash and real estate.

2. Defendant Earnest is engaged in the business of promoting shows d/b/a Triple E. Promotions. In connection with that business Defendant will be promoting shows in Houston, Texas on September 7 and 10, 2007 at Della Aida Garden, 9371 Richmond St., Houston, Texas 77063. These shows were previously scheduled on August 29 and 31. Contracts for those dates were previously submitted to the Court and are attached again. The owners of Della Aida Garden have extended the booked dates to Sept. 7 and 10 as an accommodation to Defendant, since money to reserve the venue had already been paid. Defendant, if permitted, would leave on September 7, 2007 at 4:50 p.m. and fly, via Southwest Airlines Flight #1880 to Houston, Texas. He will stay at the Westin Galleria in Houston, Texas, Telephone (832) 887-5613.

1

Defendant would return to his home in St. Louis on September 11, 2007 via Southwest Airlines Flight #1134.

3. Attached hereto are copies of the contracts outlining Defendant's business obligations in Houston, Texas which are the basis for this request.

4. Defendant has been allowed to travel on June 1, 2007, June 14, 2007, July 11, 2007, and August 24, 2007. During each period of travel defendant has not had any problems with law enforcement and has always returned as scheduled.

5. The reservation for the venue of the show presently scheduled in Houston, TX has already been paid for and the dates for which the shows were originally scheduled have passed. The present scheduling of the shows is being done by the venue operator as an accommodation because of defendant's inability to be present and promote the shows as previously scheduled. Defendant will lose at least $3000.00 and as much as approximately $25,000.00 if he is not permitted to attend and stage these shows.

WHEREFORE, Defendant prays that he be allowed to travel from September 7 to September 11, 2007 to Houston, Texas and to stay at the hotel as above-described.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 7th day of September, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Paul G. Belew**
pbelew@hotmail.com

**Eric W. Butts**
ewbtts@sbcglobal.net

**Craig J. Concannon**
cjc@concannonlaw.com

**James C. Delworth**
james.delworth@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Bryan S. Johnson**
brysjohn@yahoo.com brysjohn@excite.com

**Ellen M. Kelly**
ellenmkelly@charter.net

**Patrick S. Kilgore**
patrick@fergusonkilgorelaw.com

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**Theodore E. Liszewski**
liszewski1@hotmail.com

**John D. Stobbs, II**
stobbsjohn@hotmail.com

**Stephen R. Welby**
stephenwelby@sbcglobal.net kristyridings@sbcglobal.net

I hereby certify that on this 7th day of September, 2007, a true and correct copy of the foregoing was also sent via regular U.S. Mail, postage pre-paid to the following:

**Tiffany Corley**
U.S. Pretrial Services
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Suite 6.345
St. Louis, MO 63102

/s/Burton H. Shostak

4