# DELLA AIDA GARDEN Rental Form

DELLA AIDA GARDEN IS A UP SCALE NIGHT CLUB. WE host to a wide variety of entertainment including bands, DJs, karaoke, pool contests, and student band nights. Della has a game room equipped with 10 televisions, 2 pool tables, a foosball table, and free popcorn. Della menu includes pizza, quesadillas, nachos, French fries and smoothies.

## Guidelines for Renting Della

- The maximum capacity of DELLA is 1100 people.
- Della may only be rented by recognized group
- Only authorized personnel are permitted to operate Della sound and lighting equipment.
- The Della Staff is in charge of the facility and all equipment at all time
- Groups that rent Della will be required to:
    - Pay for all Della Staff required for the event
    - Pay a $250 clean up fee.
    - Pay for any damage or excessive clean up charges.
    - Advertise own events.
    - Have an on-site contact present during the entire event (from set up through clean up).
- Cancellation Policy no refunds

## Organization Information

Name of Organization/Department renting DELLA: __Triple E__   Account Number: __New Rental__
Contact for Organization/Department: __∅__
Phone Number: __314-563-1931__   Box # __∅__   E-Mail: _____

## On-Site Contact Information

Name (if different from above): __SAME__
Phone Number: _____   Box # __NONE__   E-Mail: _____

## Event Information

Requested Date of DELLA Rental: __8-29-07 & 8-31-07__   Purpose of DELLA Rental? __Wed "Black + White Party" / Fri "Album Release Party"__
Who will be invited to the event? __Public__   Expected # to attend? _____
Set Up Time of Event: __8:00 pm__
Event Start Time: __9:00 pm__
Event End Time: __2:00 am__

Will there be any form of entertainment? ✓ No __Yes   If yes, what type of entertainment? _____
If you are bringing in any performer, that performer must sign a contract with YOUR organization.
"Nothing herein shall ever be construed as to constitute the parties hereto as a partnership or joint venture. The purchaser (the renting organization) hereby assumes liability for the performer."

Shaded Areas for Office Use Only

### Technical Needs
Please describe the tech needs for the entertainment/ planned event.
- ☑ Microphones (How many? _____)
- ☐ Karaoke Machine
- ☑ CD Player
- ☐ Lighting
- ☑ Other  Stacks / Sound

### DELLA Contracted Rental Fees
(illegible)

### Set Up Needs
The standard set up in DELLA includes:
* 20 tall round tables AND 6 short square tables
* 50 Bar Stools, 50 Tall chairs, 36 low upholstered chairs
* MANY 8' tables are also available

Other set up needs? (Extra Tables? Extra Chairs?)

I have read and understand all of the DELLA rental guidelines

_Triple E_
Organization/Department Contact

_Eric Gust_

_8-17-07_
Date

### Required Approval
DELLA Staff Approval: _____  8-17-07

Signature                    Date