UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR184-ERW (FRB) |
| ) | |
| ERIC EARNEST, et al. ) | |
| ) | |
| Defendant. ) | |

## MOTION OF DEFENDANT ERIC EARNEST TO TRAVEL

COMES NOW Eric Earnest, one of defendants above-named, and as grounds herefore show to the Court as follows:

1. Defendant is presently out on a bond secured by $5,000.00 cash and real estate.

2. For some time, Defendant Earnest's family has planned a family vacation with travel to Los Angeles to celebrate his 7th wedding anniversary during October 15-22, 2007. Defendant, his wife and children would, if permitted, leave St. Louis on Flight #732 to Los Angeles on Monday, October 15, 2007 at 2:35 p.m. and arrive in Los Angeles at 4:35 p.m. During their stay in Los Angeles, Defendant Earnest and his family would stay at the home of his mother-in-law, Catherine Harvey, located at 13629 Cerise Avenue, Hawthorne, California 90250.  Defendant Earnest and his family would then fly back to St. Louis on Monday, October 22, 2007 via Flight #110 which leaves LAX at 3:05 p.m. and arrives in St. Louis at 9:45 p.m.

3. Defendant has had no problems in meeting time limits on previous travel requests and has always appeared for any scheduled matter in this Court.

WHEREFORE, Defendant prays that he be allowed to travel to Los Angeles, California and stay as above-described.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Paul G. Belew**
pbelew@hotmail.com

**Eric W. Butts**
ewbtts@sbcglobal.net

**Craig J. Concannon**
cjc@concannonlaw.com

**James C. Delworth**
james.delworth@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Bryan S. Johnson**
brysjohn@yahoo.com brysjohn@excite.com

**Ellen M. Kelly**
ellenmkelly@charter.net

**Patrick S. Kilgore**
patrick@fergusonkilgorelaw.com

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**Theodore E. Liszewski**
liszewski1@hotmail.com

**John D. Stobbs, II**
stobbsjohn@hotmail.com

**Stephen R. Welby**
stephenwelby@sbcglobal.net kristyridings@sbcglobal.net


I hereby certify that on this 8th day of October, 2007, a true and correct copy of the foregoing was also sent via regular U.S. Mail, postage pre-paid to the following:

**Tiffany Corley**
U.S. Pretrial Services
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Suite 6.345
St. Louis, MO 63102

                                            /s/Burton H. Shostak_____