UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR184-ERW (FRB) |
| ) | |
| ERIC EARNEST, et al. ) | |
| ) | |
| Defendant. ) | |

**MOTION OF DEFENDANT ERIC EARNEST TO CONTINUE PLEA**

COMES NOW Eric Earnest, defendant above-named, and as grounds herefore shows to the Court the following:

1. Defendant is set to plead according to a Plea Agreement on October 26, 2007 at 3:30 p.m.

2. Defendant's counsel first received a copy of the Plea Agreement on Friday, October 12, 2007.

3. In accordance with a Court Order, Defendant has been permitted to travel to and has traveled to California and is not due to return until Monday, October 22, 2007.

4. Defendant has not had an opportunity to review the Plea Agreement with counsel.

5. In addition to the above, Defendant has recently moved his residence in order that his wife, one-year-old daughter and six-year-old son may be better provided for while he is serving a period of incarceration.

WHEREFORE, Defendant prays that his Plea be continued for an additional thirty (30) days from October 26, 2007.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Paul G. Belew**
pbelew@hotmail.com

**Eric W. Butts**
ewbtts@sbcglobal.net

**Craig J. Concannon**
cjc@concannonlaw.com

**James C. Delworth**
james.delworth@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Bryan S. Johnson**
brysjohn@yahoo.com brysjohn@excite.com

**Ellen M. Kelly**
ellenmkelly@charter.net

**Patrick S. Kilgore**
patrick@fergusonkilgorelaw.com

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**Theodore E. Liszewski**
liszewski1@hotmail.com

**John D. Stobbs, II**
stobbsjohn@hotmail.com

**Stephen R. Welby**
stephenwelby@sbcglobal.net kristyridings@sbcglobal.net

/s/Burton H. Shostak_____