UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  S1-4:08CR00184 ERW |
| | ) | |
| ERIC EARNEST, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND BRIEF OF THE UNITED STATES FOR
ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

COMES now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Dean R. Hoag, Assistant United States Attorney for said district, and respectfully submits to the Court the United States Government's Motion for Issuance of a Preliminary Order of Forfeiture in the above styled case.  In support thereof, the United States sets forth the following:

1.  On March 15, 2007, the federal grand jury for the Eastern District of Missouri returned an indictment against Eric Earnest, charging him with violating Title 18, United States Code, Section 1956(a)(1)(A)(i), and Title 21, United States Code, Sections 841(a)(1), 846, and alleging that certain property would, in the event of conviction, be subject to forfeiture further described as:

   (i)   an Infinity SUV, bearing VIN 5N3AA08C25N814132, seized on September 5, 2006;

   (j)   SUV wheels seized on September 5, 2006;

   (l)   a woman's diamond necklace seized on September 5, 2006;

2. On October 26, 2007, the defendant Eric Earnest plead guilty to Counts I, II, and IX of the Indictment, and also agreed, in writing in the Plea Agreement, Guidelines Recommendations and Stipulations, to the forfeiture of the items specifically described above.

3. Upon issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above described property and will publish notice in newspapers of general circulation of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 21, United States Code, Section 853(n)(1).

WHEREFORE, the United States respectfully requests that this Court enter judgment of criminal forfeiture by issuing the proposed Preliminary Order of Forfeiture, forfeiting to the United States of America the interest of the defendant Eric Earnest , in each of the properties described above.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


*/s/ Dean R. Hoag*
DEAN R. HOAG, 6426
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>*November 7, 2007*</u>, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Burton H. Shostak
8015 Forsyth Blvd.
St. Louis, Missouri 63105


<u>*/s/ Dean R. Hoag*</u>
DEAR R. HOAG
Assistant United States Attorney

3