```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )    No. S1-4:07CR00184 ERW
                               )
ERIC EARNEST,                  )
  a/k/a "Spook,"               )
                               )
          Defendant.           )
```

**STATEMENT OF THE GOVERNMENT
REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through its attorneys Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Dean R. Hoag, Assistant United States Attorney for said District, and states that the Government has no objections to the Presentence Report.

```
                              Respectfully submitted,

                              CATHERINE L. HANAWAY
                              United States Attorney


                              s/ Dean R. Hoag
                              DEAN R. HOAG, #6426
                              Assistant United States Attorney
                              111 South 10th Street, Room 20.333
                              St. Louis, MO 63102
                              (314) 539-6895
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 17, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Burton Shostak
    Attorney at Law
    (Attorney for defendant)

    I hereby certify that on December 17, 2007, the foregoing was e-mailed to the following non-participant(s) in Electronic Case Filing:

    Janis Lasswell
    United States Probation Office

                                  s/ Dean R. Hoag
                                  DEAN R. HOAG, #6426
                                  Assistant United States Attorney