**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:07CR00184 ERW |
| DEFENDANT | TYPE OF PROCESS |
| ERIC EARNEST | Final Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2005 Infinity QX56 SUV

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

FILED
JUN 1 3 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Janet Gum
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63101

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

06-DEA-473073    DISPOSE ACCORDING TO LAW - RETAIN FOR OFFICIAL USE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 314/539-7652
DATE: May 12, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No. 1
District of Origin No. 44
District to Serve No. 44
Signature of Authorized USMS Deputy or Clerk: Deborah Woods
Date: 5-14-08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: *
Time: am/pm
Signature of U.S. Marshal or Deputy: dwoods

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS:

*** RELEASED on 5/16/2008 to DEA – St. Louis Field Office for Official Use. Case file closed.

Deborah Woods  5/16/08

PRIOR EDITIONS MAY BE USED           **1. CLERK OF THE COURT**           FORM USM 285 (Rev. 12/15/80)

☒ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT