| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER<br>S1-4:07CR00184 ERW |
|---|---|---|
| DEFENDANT | ERIC EARNEST | TYPE OF PROCESS<br>Final Order of Forfeiture |

FILED
OCT 22 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
14K White Gold Gent's Channel Ring w/5 Diamonds
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

RECEIVED
U.S. MARSHALS SERVICE
E/WO ST LOUIS
2008 JUN 23 AM 8:49

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Janet Gum
Office of the United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63101

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

06-DEA-473075    DISPOSE ACCORDING TO LAW

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Janet Gum, Paralegal Specialist
TELEPHONE NUMBER: 314/539-7652
DATE: 6/23/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 44 | 44 | Deborah Woods | 6/23/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)    Date *    Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
dturner

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $0.00 |

REMARKS: * Per Final Order of Forfeiture, the 14K white gold Gent's Channel Ring w/ 5 Diamonds was released to Eric Earnest through his attorney Burt Shostak on October 15, 2008.
Deborah Woods
PMS

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00