4:07CR184-ERW

June 13, 2016

To whom this may concern,

This letter is in regards to me being sentenced in pursuant to 4B1.1 of the sentencing guidelines as a career offender. The Supreme Court ruled in the U.S. vs. Johnson, that the residual clause was unconstitutional. The court made this ruling retroactive in the U.S vs. Welch, because of this I believe at least one of my convictions used to career me is no longer considered a crime of violence. I respectfully request that the court resentence me based on the sentencing guidelines without career offender designation. I would also request appointed counsel to assist me and if necessary construe this as a 2255.

Sincerely,
Eric Earnest

Earline Earnest
8736 Marcella Ave
St. Louis. MO. 63121

SAINT LOUIS MO 630
22 JUN 2016 PM 4 L

RECEIVED
JUN 23 2016
BY MAIL

Judge E. Richard Webber
111 South 10th Street
St. Louis MO 63102

63102-112599