RECEIVED
FEB 10 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. S1-4:07CR184 ERW |
| Eric Earnest, ) | |
| a/k/a "Spook" ) | |
| Defendant. ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, **Eric Earnest**, request that my term of probation or supervised release be terminated early for the following reasons: I've been home 3½ years without any violations I've had a job entire time and have other great opportunities if I wasn't on probation. I'm married (see attachm.)

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

Dec. 13, 2021
Date

*Eric Earnest*
(Signature of Defendant)

(Address)
7721 Keswick Pl
St. Louis, Mo. 63119

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer **Rebecca Cory** [name] and to the United States Attorney's Office on Dec. 13, 2021.

*Eric Earnest*
(Signature of Defendant)

RECEIVED
FEB 10 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

with 3 kids most recently a 2 year old daughter. I have great family support. Judge Webber told me he gives me the highest percentage of not going back to prison and I'm not going to let him, my family or myself down. Thanks for giving me another chance and again I wont let you down

Eric Earnest